**IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JUERGEN MUELLER,<br>JURA FILMS NORTH AMERICA LLC, AN<br>ILLINOIS LLC, JURA-PLAST GMBH,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARL A. POTSCH,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>) CASE NO.: 4:11-CV-00047-JTM-PRC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiffs, Juergen Mueller, Jura Films North America LLC, an Illinois LLC, and Jura-Plast Gmbh, by counsel, and hereby moves this Court for an entry of Default Judgment pursuant to Federal Rule 55(b)(2) against the Defendant Carl A. Potsch, and states the following:

1.      That Plaintiffs, by counsel, filed a Complaint for this action on August 24, 2011.

2.      That Plaintiffs, by counsel filed an Amended Complaint for this action on September 12, 2011, and Defendant Carl A. Potsch was personally served with process on October 4, 2011.

3.      That Plaintiffs, by counsel filed a Second Amended Complaint for this action on January 20, 2012, and Defendant Carl A. Potsch was personally served with process on March 29, 2012.

4.      That more than twenty-three (21) days have passed since Defendant was duly served with process.

5.       That, to the best of Plaintiffs' knowledge, no pleading has ever been delivered to Plaintiffs' counsel by Defendant or Defendant's attorney, nor any appearance entered or proposed to be entered on behalf of said Defendant;

WHEREFORE, Plaintiffs, Juergen Mueller, Jura Films North America LLC, an Illinois LLC, and Jura-Plast Gmbh, by counsel, respectfully prays that this Motion for Default Judgment be granted against Defendant, Carl A. Potsch, ordering the following:

1.  That Defendant Potsch is to provide a full accounting of Jura Films Indiana, including but not limited to checks, corporate record books, tax filings, accounts receivable, accounts payable, and any information to provide Plaintiffs with a complete and accurate valuation of the financial status of Jura Films Indiana.   Further, Plaintiffs are permitted to have a certified public accountant review the financial records of Potsch and Jura Films Indiana.  If the accounting reveals additional funds or receivables, those funds shall be transferred to Michael Presecky as the managing member of Jura Films Illinois.

2.  That Plaintiffs are permitted to withdraw funds from the trust account that was created from the funds in Jura Films Indiana's checking account in the amount of $59,070.29 for the operation of Jura Films Illinois.

3.   That Defendant Potsch is ordered to execute Articles of Merger.  If he refuses, a Commissioner of the Court shall be appointed to execute the Articles of Merger.

Respectfully submitted,

Attorneys for Plaintiffs

by /s/ Robert D. Epstein
Robert D. Epstein (Attorney No. 6726-49)
EPSTEIN COHEN SEIF & FLORA
50 S. Meridian St., Suite 505
Indianapolis, Indiana 46204

2

Tel:  317-639-1326
Fax:  317-638-9891
Rdepstein@aol.com

/s/ James E. Porter
James E. Porter (Attorney No. 28011-49)
EPSTEIN COHEN SEIF & FLORA
50 S. Meridian St., Suite 505
Indianapolis, Indiana 46204
Tel:  317-639-1326
Fax:  317-638-9891
JamesPorter.Law@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 1st day of May 2012, I submitted the foregoing using the

CM/ECF system which will send notification of such filing to the Defendant at the following

address:

Carl A. Potsch
c/o Sun Industries, Inc.
16115 S. 450 E.
Goodland, IN 47948

/s/ James E. Porter
James E. Porter (Attorney No. 28011-49)
EPSTEIN COHEN SEIF & FLORA
50 S. Meridian St., Suite 505
Indianapolis, Indiana 46204
Tel:  317-639-1326
Fax:  317-638-9891
JamesPorter.Law@gmail.com