IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JUERGEN MUELLER, *et. al.*, | ) |
| | ) |
| *Plaintiffs,* | ) CASE NO.: 4:11-CV-00047-JTM-PRC |
| | ) |
| v. | ) |
| | ) |
| CARL A. POTSCH, | ) |
| | ) |
| *Defendant*. | ) |

### MEMORANDUM REGARDING DIVERSITY JURISDICTION

Comes now the Plaintiffs, Juergen Mueller, Jura Films North America LLC, an Illinois

LLC, and Jura-Plast GMBH, by counsel, and file this memorandum pursuant to this Court's

orders on October 16, 2012 and November 1, 2012.

The Court's Orders on October 16, 2012 and November 1, 2012 directs the Plaintiffs to

answer questions regarding the citizenship and domicile of Juergen Mueller and his company

Jura-Plast GmbH.  The answers to those questions are provided in this memorandum

immediately following a restatement of each question:

(1) the country or countries of citizenship of Juergen Mueller

**ANSWER**:  Juergen Mueller is a citizen of Germany and holds no citizenship from any

other country.

(2) any relevant facts concerning the allegation that Mueller is "domiciled" in Germany,

including (a) whether he has ever lived in the United States and, if so, when he began living in

Germany, (b) whether he intends to remain in Germany and, if not, the details of his intentions,

and (c) whether he has any residence in the United States, and, if so, the details of that residence

1

(the location, the duration he has resided there, and if he resides there part of the year, the number of days per year that he resides there).

**ANSWER**: Juergen Mueller has never lived in the United States. He lives in Germany and has no intentions of moving from Germany. Juergen Mueller does not own a residence in the United States.

(3) as to Jura-Plast GmbH, either (a) the country in which Jura-Plast GmbH is incorporated and maintains its principal place of business, if a corporation, or (b) the citizenship(s) of the member(s) of Jura-Plast GmbH, if a limited liability company with members, keeping in mind that if any member of Jura-Plast GmbH is an individual, it is the citizenship and not the residency of the individual that matters for purposes of diversity jurisdiction.

**ANSWER**: Jura-Plast GmbH is a German corporation with its principal place of business in Germany.

The evidence presented at the hearing on October 11, 2012 with the facts presented in this memorandum establishes diversity among the parties, and therefore, this Court has subject matter jurisdiction to hear this case.

Respectfully submitted,

Attorneys for Plaintiffs

/s/ Robert D. Epstein
Robert D. Epstein (Attorney No. 6726-49)
EPSTEIN COHEN SEIF & FLORA
50 S. Meridian St., Suite 505
Indianapolis, Indiana 46204
Tel: 317-639-1326
Fax: 317-638-9891
Rdepstein@aol.com

2

/s/ James E. Porter
James E. Porter (Attorney No. 28011-49)
EPSTEIN COHEN SEIF & FLORA
50 S. Meridian St., Suite 505
Indianapolis, Indiana 46204
Tel: 317-639-1326
Fax: 317-638-9891
JamesPorter.Law@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the Defendant by First Class United States Mail, postage prepaid, this 6th day of November 2012 at the following address:

Carl A. Potsch
c/o Sun Industries, Inc.
16115 S. 450 E.
Goodland, IN 47948

By: /s/ James E. Porter
EPSTEIN COHEN SEIF & FLORA
50 S. Meridian Street, Suite 505
Indianapolis, IN  46204

3